UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION
Case No. 9:17-CV-81237-Rosenberg/Reinhart
Case No. 9:18-CV-81277-Rosenberg/Reinhart

ADT LLC,

       Plaintiff,

vs.

ALDER HOLDINGS, LLC,
ADAM D. SCHANZ, et. al.

       Defendants.

## MEDIATION REPORT

Pursuant to Southern District of Florida Local Rule 16.2.F.1, the undersigned mediator conducted a mediation in these matters on February 8, 2019. All parties and counsel were present. At the conclusion of the mediation, the parties were unable to reach a settlement.

JAMS
2500 N. Military Trail, Suite 200
Boca Raton, FL 33431
Tel: (561) 393-9733
Fax: (561) 393-9707


By:s/Jeffrey Grubman_____
Jeffrey S. Grubman
Mediator No: 15500 CR