UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-cv-81237 Rosenberg/Reinhart

ADT, LLC, and ADT US HOLDINGS, INC.,

    Plaintiffs,

v.

ALDER HOLDINGS, LLC, *et al.*,

    Defendants.

_____/

## ADT'S FALSE AFFILIATION CLAIM UNDER THE LANHAM ACT

Do you find by a preponderance of the evidence:

1. That there was a false or misleading representation of fact by Defendant that was likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of the Defendant with ADT, or as to the origin, sponsorship, or approval of the Defendant's goods, services, or commercial activities by ADT?

Answer Yes or No:

Alder Holdings, LLC          **Yes**

If you answer "Yes", please answer the next question (No. 2). If you answer "No", please go directly to question 3.

2. That ADT suffered damages as a result of Defendant's false or misleading representation of fact?

Answer Yes or No:

Alder Holdings, LLC          **Yes**

Now answer the next question (No. 3).

## ADT'S UNFAIR COMPETITION CLAIM

If you answer "Yes" to question 1, then you must answer "Yes" to question 3. However, if you answer "No" to question 1, you may still answer "Yes" to question 3.

Do you find by a preponderance of the evidence:

3. That Defendant improperly and intentionally interfered with contracts between ADT and its customers?

Answer Yes or No:

Alder Holdings, LLC          Yes

If you answer "Yes", please answer the next question (No. 4). If you answer "No", please go directly to question 8.

4. That ADT suffered damages as a result of Defendant's improper and intentional interference with ADT's contracts with its customers?

Answer Yes or No:

Alder Holdings, LLC          Yes

Now go to the next question (No. 5).

## COMPENSATORY DAMAGES FOR ADT'S CLAIMS

5. If your answers are "Yes" for questions 2 **and/or** 4, what amount of compensatory damages, if any, is attributable to Defendant's conduct? If your answers are "No" to **both** questions 2 and 4, please go directly to question 8.

Alder Holdings, LLC    $ _3,000,000.00_ (THREE MILLION DOLLARS)

If you elect not to assess compensatory damages against Defendant, you should enter a zero (0) as to the amount of damages.

Now go to the next question (No. 6).

## PUNITIVE DAMAGES FOR ADT'S CLAIMS

If your answer is "Yes" for questions 3 **and** 4 **and** you have entered an amount of damages other than zero (0) for question 5, please answer the next question (No. 6). If your answer is "No" for questions 3 **or** 4 **or** you have entered a zero (0) for question 5, please go directly to question 8.

6. Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against:

Answer Yes or No:

Alder Holdings, LLC          YES

If you answer "Yes", please answer the next question (No. 7). If you answer "No", please go directly to question 8.

7. What is the total amount of punitive damages which you find should be assessed against Defendant?

Alder Holdings, LLC          $1,000,000.00 (ONE MILLION DOLLARS)

If you elect not to assess punitive damages against Defendant, you should enter a zero (0) as the amount of damages.

Now go to the next question (No. 8).

4

## ALDER'S CLAIM FOR TORTIOUS INTERFERENCE WITH CONTRACT

Do you find by a preponderance of the evidence:

8. That Plaintiff improperly and intentionally interfered with contracts between Alder and its customers?

Answer Yes or No:

ADT, LLC                                              **No**

If you answer "Yes" for Plaintiff, please answer the next question (No. 9). If you answer "No" for Plaintiff, please go directly to sign and date the verdict form.

9. That Alder suffered damages as a result of Plaintiff's improper and intentional interference with Alder's contracts with its customers?

Answer Yes or No:

ADT, LLC                                              _____

If you answer "Yes" for Plaintiff, please answer the next question (No. 10). If you answer "No" for Plaintiff, please go directly to sign and date the verdict form.

10. What amount of compensatory damages, if any, is attributable to Plaintiff's conduct?

ADT, LLC                                              _____

If you elect not to assess compensatory damages against Plaintiff, you should enter a zero (0) as to the amount of damages. If you enter a zero (0) for Plaintiff, please go directly to sign and date the verdict form. If you enter an amount of damages other than zero (0) for question 10, please answer the next question (No. 11)

11. Under the circumstances of this case, state whether you find by clear and convincing evidence that punitive damages are warranted against:

Answer Yes or No:

ADT, LLC                                              _____

If you answer "Yes" for Plaintiff, please answer the next question (No. 12). If you answer "No" for Plaintiff, please go directly to sign and date the verdict form.

5

12. What is the total amount of punitive damages which you find should be assessed against Plaintiff?

ADT, LLC  _____

If you elect not to assess punitive damages against Plaintiff, you should enter a zero (0) as the amount of damages.

Please sign and date the verdict form.

SO SAY WE ALL.

Foreperson's signature: _____
Date: 20 May 2019