UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:17-CV-81237-ROSENBERG/REINHART

ADT LLC, *et al.*

    Plaintiffs,

v.

ALDER HOLDINGS, LLC, *et al.*,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon the trial conducted May 13 through May 20, 2019, the jury verdict dated May 20, 2019, and the Court's Order entered on May 30, 2019, granting in part and denying in part ADT's motion for entry of judgment. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Judgment is entered in favor of Plaintiffs against Defendant Alder Holdings LLC ("Alder") on Plaintiffs' claims of violations of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and unfair competition, as provided by the jury verdict dated May 20, 2019;

    2.    Judgment is entered in favor of Plaintiffs against Defendant Alder for contempt of the permanent injunction entered on October 20, 2017, in *ADT LLC v. Alarm Protection LLC*, 9:15-cv-80073-RLR (S.D. Fla.), as provided by the Court's Order Granting in Part and Denying in Part Plaintiff's Motion for Entry of Judgment entered on May 30, 2019[1];

---

[1] Any reference by the Court to Defendants plural after the Court entered the Order of May 19, 2019, dismissing all Defendants except for Alder was never intended to alter that Order.

3.       Judgment is entered in the amount of four million dollars ($4,000,000.00) against Defendant Alder, with post-judgment interest accruing from the date of this Final Judgment pursuant to 28 U.S.C. § 1961, calculated at the statutory rate, compounded annually;

4.       Judgment is entered in favor of ADT LLC against Alder on Alder's counterclaim asserted against ADT LLC as provided by the jury verdict dated May 20, 0219; and

5.       The parties shall separately file any application for an award of fees and nontaxable costs as provide by the applicable rules.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 5th day of June, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record