UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 9:17-cv-81237-Rosenberg/Reinhart

ADT LLC and ADT US HOLDINGS, INC.,

    Plaintiffs,

        v.

ALDER HOLDINGS, LLC, *et al.*,

    Defendants.
_____/

**APPLICATION FOR WRIT OF EXECUTION**

Pursuant to Rule 69 of the Federal Rules of Civil Procedure, Plaintiff ADT LLC applies for a writ of execution in the form attached as Exhibit 1 directed to BANK OF AMERICA, N.A., to enforce this Court's judgment in this cause against judgment debtor Alder Holdings, LLC, and in support states:

    1.    The Court (Rosenberg, J.) entered judgment in this cause on June 5, 2019, in the amount of Four Million Dollars, against defendant Alder Holdings LLC. [DE 402.]

    2.    The parties filed cross-motions for relief from the judgment. [DE 417; DE 417; DE 420.] The Court denied these motions on September 11, 2019. [DE 445.]

    3.    Defendants have not posted a supersedeas bond, have not moved to extend the Rule 62(a) automatic stay of execution, and have not otherwise obtained an order staying execution on the judgment.

    4.    The automatic stay operates only for thirty days from the date of the judgment. *See* Fed. R. Civ. P. 62(a).

    5.    The judgment remains unsatisfied in its entirety.

WHEREFORE, ADT applies for a writ of execution directed at judgment debtor Alder Holdings, LLC, in the amount of Four Million Dollars, to be served upon the BANK OF AMERICA, N.A., at the bank's location within this District.

Dated:  October 9, 2019

Respectfully submitted,

**McNEW P.A.**

/s/ C. Sanders McNew
_____
C. Sanders McNew
mcnew@mcnew.net
Florida Bar No. 0090561
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida  33431
Tel:  (561) 299-0257

-and-

**SHOOK, HARDY & BACON LLP**

Richard G. Sander (*pro hac vice*)
rsander@shb.com
1660 17th Street, Suite 450
Denver, Colorado  80202
Tel: (303) 285-5300

Charles C. Eblen (*pro hac vice*)
ceblen@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: (816) 474-6550

*Counsel for the Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on this ninth day of October, 2019, I caused a true and correct copy of the foregoing Application to be served by CM/ECF on all parties listed to receive electronic service for this case.

s/ C. Sanders McNew
_____
C. Sanders McNew