UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 9:17-cv-81237-Rosenberg/Reinhart

ADT LLC and ADT US HOLDINGS, INC.,

    Plaintiffs,

        v.

ALDER HOLDINGS, LLC, *et al.*,

    Defendants.
_____/

## **RENEWED APPLICATION FOR WRIT OF EXECUTION**

Pursuant to Rule 69 of the Federal Rules of Civil Procedure, Plaintiff ADT LLC applies again for a writ of execution in the form already offered at DE 451-1 directed to BANK OF AMERICA, N.A., to enforce this Court's judgment in this cause against judgment debtor Alder Holdings, LLC, and in support states:

    1.      The Court (Rosenberg, J.) entered judgment in this cause on June 5, 2019, in the amount of Four Million Dollars, against defendant Alder Holdings LLC. [DE 402.]

    2.      The parties filed cross-motions for relief from the judgment. [DE 417; DE 417; DE 420.] The Court denied these motions on September 11, 2019. [DE 445.]

    3.      Judgment debtor Alder Holdings did not post a supersedeas bond. Nor has the Court otherwise stayed the enforcement of the judgment as provided by Rule 62.

    4.      The automatic stay operates only for thirty days from the date of the judgment. *See* Fed. R. Civ. P. 62(a).

    5.      ADT applied for a writ of execution on October 9, 2019. [DE 451.] The Clerk entered a "Notice of Nonissuance" on October 10. [DE 452.]

6. According to the Notice, the Clerk declined to issue the writ because it was "filed within 30 days from Notice Of Appeal." [DE 452.] But Rule 62(a) provides only a 30-day stay of enforcement that runs from the judgment's entry. Here, the judgment was entered June 5. Rule 62 does not provide for an automatic stay of enforcement running from a notice of appeal. Nor does any order bar execution.

7. The judgment remains unsatisfied in its entirety.

WHEREFORE, ADT applies again for a writ of execution directed at judgment debtor Alder Holdings, LLC, in the amount of Four Million Dollars, to be served upon the BANK OF AMERICA, N.A., at the bank's location within this District.

Dated:  October 15, 2019

Respectfully submitted,

**McNEW P.A.**

/s/ C. Sanders McNew
_____
C. Sanders McNew
mcnew@mcnew.net
Florida Bar No. 0090561
2385 NW Executive Center Drive, Suite 100
Boca Raton, Florida  33431
Tel:  (561) 299-0257

	-and-

**SHOOK, HARDY & BACON LLP**

Richard G. Sander (*pro hac vice*)
rsander@shb.com
1660 17th Street, Suite 450
Denver, Colorado  80202
Tel: (303) 285-5300

Charles C. Eblen (*pro hac vice*)
ceblen@shb.com
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: (816) 474-6550

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on this fifteenth day of October, 2019, I caused a true and correct copy of the foregoing Application to be served by CM/ECF on all parties listed to receive electronic service for this case.

                                                 s/ C. Sanders McNew
                                        _____
                                                 C. Sanders McNew